**WINSTON & STRAWN LLP**

Stephen L. Sheinfeld
Christopher C. Costello
200 Park Avenue
New York, New York 10166
(212) 294-6700
ssheinfeld@winston.com
cccostello@winston.com

*Attorneys for Defendants Marsh & McLennan
Companies, Inc. and Marsh USA Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

STEVEN H. ANDERSON, JACK S. FLUG,
and JEFFREY R. LATTMANN,

                Plaintiffs,

                v.

MARSH & MCLENNAN COMPANIES,
INC., MARSH USE INC., and
DOES 1 through 50, inclusive

                Defendants.

---------------------------------------------------------------- x

JUDGE BATTS

08 CV 2378

____ Civ. ____ ( )

**RULE 7.1 DISCLOSURE STATEMENT
OF DEFENDANT MARSH USA INC.**



MAR 07 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Marsh USA Inc. certifies that Marsh USA Inc.'s parent company is Marsh & McLennan Companies, Inc., and further certifies that there is no other publicly held corporation that owns 10% or more of Marsh USA Inc.'s stock.

Dated: New York, New York
       March 7, 2008

                                    Respectfully Submitted,

                                    WINSTON & STRAWN LLP

                                    By:_____
                                           Stephen L. Sheinfeld

Stephen L. Sheinfeld
Christopher C. Costello
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700
(212) 294-4700 (facsimile)
ssheinfeld@winston.com
cccostello@winston.com

*Attorneys for Defendants Marsh & McLennan Companies, Inc. and Marsh USA Inc.*