WINSTON & STRAWN LLP

Stephen L. Sheinfeld
Christopher C. Costello
200 Park Avenue
New York, New York 10166
(212) 294-6700
ssheinfeld@winston.com
cccostello@winston.com

*Attorneys for Defendants Marsh & McLennan
Companies, Inc. and Marsh USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

STEVEN H. ANDERSON, JACK S. FLUG,
and JEFFREY R. LATTMANN,

              Plaintiffs,       :   ____ Civ. ____ (___)

              v.              :   **RULE 7.1 DISCLOSURE STATEMENT
                                        OF DEFENDANT MARSH &
MARSH & MCLENNAN COMPANIES,   :   MCLENNAN COMPANIES, INC.**
INC., MARSH USE INC., and
DOES 1 through 50, inclusive

              Defendants.     :

------------------------------------------------------------ x

JUDGE BATTS

08 CV 2378

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Marsh & McLennan Companies, Inc. certifies that Marsh & McLennan Companies, Inc. has no parent, and that no publicly held corporation owns 10% or more of Marsh & McLennan Companies, Inc.'s stock.

Dated:  New York, New York
        March 7, 2008

                                      Respectfully Submitted,

                                      WINSTON & STRAWN LLP

                                      By:_____
                                            Stephen L. Sheinfeld

Stephen L. Sheinfeld
Christopher C. Costello
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700
(212) 294-4700 (facsimile)
ssheinfeld@winston.com
cccostello@winston.com
*Attorneys for Defendants Marsh & McLennan Companies, Inc. and Marsh USA Inc.*

NY:1166105.2