**WINSTON & STRAWN LLP**

Stephen L. Sheinfeld
Christopher C. Costello
200 Park Avenue
New York, New York 10166
(212) 294-6700
ssheinfeld@winston.com
cccostello@winston.com

*Attorneys for Defendants Marsh & McLennan
Companies, Inc. and Marsh USA Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2008
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

STEVEN H. ANDERSON, JACK S. FLUG,
and JEFFREY R. LATTMANN,

                Plaintiffs,   :   08 Civ. 2378 (DAB)

                v.   :   **STIPULATION AND ORDER**
                                **RE EXTENSION OF TIME**
MARSH & MCLENNAN COMPANIES,   :   **TO RESPOND TO COMPLAINT**
INC., MARSH USA INC., and
DOES 1 through 50, inclusive,   :

                Defendants.   :

---------------------------------------------------------- x

    WHEREAS an action, *Steven H. Anderson, Jack S. Flug and Jeffery R. Lattmann v. Marsh & McLennan Companies, Inc., Marsh USA Inc. and Does 1 through 50, inclusive*, Index No. 08-600345, was filed on or about February 5, 2008 in the Supreme Court of the State of New York, New York County; and

    WHEREAS on February 28, 2008, Plaintiffs Steven H. Anderson, Jack S. Flug and Jeffrey R. Lattmann ("Plaintiffs") and Defendants Marsh & McLennan Companies, Inc. and Marsh USA Inc. ("Defendants") stipulated that the time for Defendants to answer, move or

otherwise respond to the complaint in the action (the "Complaint") was extended until and including March 14, 2008; and

WHEREAS Defendants removed the Action to the United States District Court for the Southern District of New York by filing a Notice of Removal on March 7, 2008; and

WHEREAS Defendants' current deadline to answer, move or otherwise respond to the Complaint is March 14, 2008, and there has been no prior request to this Court to extend the deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants in this Action, by and through their undersigned counsel, that Defendants' time to answer, move, or otherwise respond to the Complaint is extended until and including March 31, 2008.

Dated: March 12, 2008

Respectfully Submitted,

FENSTERSTOCK & PARTNERS LLP

By: _____
Blair C. Fensterstock

30 Wall Street, 9th Floor
New York, New York 10005
(212) 785-4100

*Attorneys for Plaintiffs Steven H. Anderson, Jack S. Flug and Jeffrey R. Lattmann*

WINSTON & STRAWN LLP

By: _____
Christopher C. Costello

200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

*Attorneys for Defendants Marsh & McLennan Companies, Inc. and Marsh USA Inc.*

SO ORDERED
THIS 20 DAY OF MARCH 2008

_____
Deborah A. Batts, U.S.D.J.