UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
STEVEN H. ANDERSON, JACK S. FLUG, and
JEFFREY R. LATTMANN,

                                      Plaintiffs,

– against –

MARSH & MCLENNAN COMPANIES, INC.,
MARSH USA INC., and DOES 1 through 50, inclusive,

                                      Defendants.
------------------------------------------------------------------------x

Case No.
08 Civ. 2378 (DAB)(KNF)

**ECF CASE**

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Blair C. Fensterstock, Esq., and Jeanne M. Valentine, Esq., of Fensterstock & Partners LLP, enter an appearance in this matter as counsel to Plaintiffs STEVEN H. ANDERSON, JACK S. FLUG, and JEFFREY R. LATTMANN.

       Mr. Fensterstock and Ms. Valentine are admitted to practice in this Court.

Dated: New York, New York
       March 28, 2008

                                                FENSTERSTOCK & PARTNERS LLP

                                By:     _/s/ Jeanne M. Valentine_
                                            Jeanne M. Valentine (JV 3144)
                                            Jvalentine@fensterstock.com

                                            Blair C. Fensterstock (BF 2020)
                                            Bfensterstock@fensterstock.com

                                            30 Wall Street, 9th Floor
                                            New York, New York 10005

                                            (212) 785-4100

                                            *Attorneys for Plaintiffs*