**WINSTON & STRAWN LLP**

Stephen L. Sheinfeld
Christopher C. Costello
200 Park Avenue
New York, New York 10166
(212) 294-6700
ssheinfeld@winston.com
cccostello@winston.com

*Attorneys for Defendants Marsh & McLennan
Companies, Inc. and Marsh USA Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————— x

STEVEN H. ANDERSON, JACK S. FLUG,                  :
and JEFFREY R. LATTMANN,                           :

                          Plaintiffs,    :   08 Civ. 2378 (DAB) (KNF)

                          v.             :   **STIPULATION AND ORDER**
                                               **RE EXTENSION OF TIME**
MARSH & MCLENNAN COMPANIES,                        :   **TO RESPOND TO AMENDED**
INC., MARSH USA INC., and                                 **COMPLAINT**
DOES 1 through 50, inclusive,                      :

                       Defendants.    :

————————————————————————— x

       WHEREAS Plaintiffs and Defendants Marsh & McLennan Companies, Inc. and Marsh

USA Inc. (the "Defendants") submitted a joint "Stipulation and Order Re Extension of Time to

Respond to Complaint" on March 12, 2008, which was approved by the Court on March 20,

2008, that extended Defendants' time to move, answer or otherwise respond to the Complaint

until March 31, 2008;

       WHEREAS Plaintiffs have now filed an Amended Complaint in this action (the

"Amended Complaint") on March 28, 2008;

WHEREAS Plaintiffs asked Defendants to waive service of the Summons and Amended Complaint on March 29, 2008 and Defendants agreed to do so on March 31, 2008; and

WHEREAS Defendants' current deadline to answer, move or otherwise respond to the Amended Complaint is April 14, 2008 and there has been no previous request to the Court to extend this deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants in this Action, by and through their undersigned counsel, that Defendants' time to answer, move, or otherwise respond to the Amended Complaint is extended until and including May 27, 2008.

Dated: March 31, 2008

Respectfully Submitted,

FENSTERSTOCK & PARTNERS LLP

By: _____
Jeanne M. Valentine

30 Wall Street, 9th Floor
New York, New York 10005
(212) 785-4100

*Attorneys for Plaintiffs Steven H. Anderson,*
*Jack S. Flug and Jeffrey R. Lattmann*

WINSTON & STRAWN LLP

By: _____
Christopher C. Costello

200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

*Attorneys for Defendants Marsh & McLennan*
*Companies, Inc. and Marsh USA Inc.*

SO ORDERED
THIS ____ DAY OF MARCH 2008

_____
Deborah A. Batts, U.S.D.J.

4/1/2008