## CERTIFICATE OF SERVICE

I, JEANNE M. VALENTINE, declare under penalty of perjury:

I am not a party to this action and am over 18 years of age.  On the 30th day of March, 2008, I served the within AMENDED COMPLAINT upon the parties to this action by electronic mail to the attorneys of record at the e-mail addresses listed below:

Chris Costello, Esq.
Winston & Strawn
200 Park Avenue
New York, NY 10166
E-mail: CCcostello@winston.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 31st day of March, 2008 at New York City, New York.

JEANNE M. VALENTINE