UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEVEN H. ANDERSON, JACK S. FLUG, and
JEFFREY R. LATTMANN,

                                      Plaintiffs,

      – against –

MARSH & MCLENNAN COMPANIES, INC.,
MARSH USA INC., and DOES 1 through 50, inclusive,

                                    Defendants.
------------------------------------------------------------------x

Case No. 08 Civ. 2378 (DAB)

ECF Case

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Blair C. Fensterstock, sworn to on June 16, 2008, and upon the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion, and the pleadings herein, Plaintiffs Steven H. Anderson, Jack S. Flug, and Jeffrey R. Lattmann, will move this Court, before the Honorable Deborah A. Batts, United States District Judge, on July 8, 2008, at 10:00 am, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Counterclaims as against the Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 16, 2008

FENSTERSTOCK & PARTNERS LLP

By: _____
Blair C. Fensterstock
Jeanne M. Valentine

30 Wall Street, 9th Floor
New York, New York 10005
Telephone: (212) 785-4100

*Attorneys for Plaintiffs*