# **CERTIFICATE OF SERVICE**

I, JEANNE M. VALENTINE, declare under penalty of perjury:

I am not a party to this action and am over 18 years of age. On the 16th day of June, 2008, I served the within MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT MARSH USA INC.'S COUNTERCLAIMS and AFFIDAVIT OF BLAIR C. FENSTERSTOCK IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT MARSH USA INC.'S COUNTERCLAIMS upon the parties to this action by electronic mail to the attorneys of record at the e-mail addresses listed below:

> Chris Costello, Esq.
> Winston & Strawn
> 200 Park Avenue
> New York, NY 10166
> E-mail: CCcostello@winston.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 16th day of June, 2008 at New York City, New York.

_____
JEANNE M. VALENTINE