**WINSTON & STRAWN LLP**

Stephen L. Sheinfeld
Christopher C. Costello
200 Park Avenue
New York, New York 10166
(212) 294-6700
ssheinfeld@winston.com
cccostello@winston.com

*Attorneys for Defendants Marsh & McLennan Companies, Inc. and Marsh USA Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2008

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

STEVEN H. ANDERSON, JACK S. FLUG,
and JEFFREY R. LATTMANN,

               Plaintiffs,   :   08 Civ. 2378 (DAB)

               v.   :   **STIPULATION AND ORDER**

MARSH & MCLENNAN COMPANIES,
INC., MARSH USA INC., and
DOES 1 through 50, inclusive,

               Defendants.

---------------------------------------------------------------x

      WHEREAS, Plaintiffs Steven H. Anderson, Jack S. Flug and Jeffrey R. Lattmann ("Plaintiffs") filed an Amended Complaint in the above-referenced action on March 27, 2008;

      WHEREAS, Defendants Marsh & McLennan Companies, Inc. and Marsh USA Inc. ("Defendants") filed their Answer to the Amended Complaint and Defendant Marsh USA Inc. also asserted counterclaims (the "Counterclaims"), both of which were filed on May 27, 2008;

      WHEREAS, Plaintiffs filed a Motion to Dismiss the Counterclaims on June 16, 2008 ("Motion to Dismiss"); and

WHEREAS, Defendants' current deadline to oppose the Motion to Dismiss is June 30, 2008, and there has been no previous request to extend this deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and the Defendants in this Action, by and through their undersigned counsel, that Defendants' time to oppose the Motion to Dismiss is extended to and including July 30, 2008; Plaintiffs' time to respond to Defendants' opposition is extended to and including August 15, 2008; and the Court will advise the parties if it desires oral argument on this motion.

Dated: June 24, 2008

Respectfully Submitted,

| FENSTERSTOCK & PARTNERS LLP | WINSTON & STRAWN LLP |
|---|---|
| By: _____<br>Jeanne M. Valentine | By: _____<br>Christopher C. Costello |
| 30 Wall Street, 9th Floor<br>New York, New York 10005<br>(212) 785-4100 | 200 Park Avenue<br>New York, New York 10166-4193<br>(212) 294-6700 |
| *Attorneys for Plaintiffs Steven H. Anderson,<br>Jack S. Flug and Jeffrey R. Lattmann* | *Attorneys for Defendants Marsh & McLennan<br>Companies, Inc. and Marsh USA Inc.* |

SO ORDERED
THIS 27 DAY OF JUNE 2008

_____
Deborah A. Batts, U.S.D.J.