United States District Court
Southern District of New York
------------------------------------------X
STEVEN H. ANDERSON, JACK S. FLUG
and JEFFREY R. LATTMANN,

                    Plaintiffs,

    -against-                            08 Civ. 2378 (DAB)
                                                   ORDER
MARSH & McLENNAN COMPANIES, INC.
and MARSH USA, INC.,

                    Defendants.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of Plaintiffs' letter, dated August 1, 2008, advising that they are withdrawing their Motion to Dismiss Defendants' Counterclaims in light of Defendants' filing of an Amended Answer with Counterclaims. Accordingly, Plaintiffs' Motion to Dismiss Defendants' Counterclaims (Docket Entry No. 14) is hereby DENIED AS MOOT.

SO ORDERED.

Dated:    New York, New York
          August 14, 2008

                                                   Deborah A. Batts
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2008