# **CERTIFICATE OF SERVICE**

I, JEANNE M. VALENTINE, declare under penalty of perjury:

I am not a party to this action and am over 18 years of age. On the 18th day of August, 2008, I served the within ANSWER TO COUNTERCLAIMS upon the parties to this action by electronic mail to the attorneys of record at the e-mail addresses listed below:

> Chris Costello, Esq.
> Winston & Strawn
> 200 Park Avenue
> New York, NY 10166
> E-mail: CCcostello@winston.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 18th day of August, 2008 at New York City, New York.

_____
JEANNE M. VALENTINE